No. 1561, Misc. CRAWFORD v. COX, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1562, Misc. MASTRIAN v. MINNESOTA. Sup. Ct. Minn. Certiorari denied. *Douglas W. Thomson* and *John A. Cochrane* for petitioner. *Douglas M. Head,* Attorney General of Minnesota, and *William B. Randall* for respondent. 

No. 1566, Misc. JENNINGS v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1569, Misc. RHODES v. HOUSTON ET AL. C. A. 8th Cir. Certiorari denied. 

No. 1570, Misc. BAILEY v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 1581, Misc. BAKER v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 1588, Misc. LADD v. SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied. 

No. 1594, Misc. WHITE v. MAINE ET AL. C. A. 1st Cir. Certiorari denied.

No. 1595, Misc. KING v. PAGE, WARDEN. Ct. Crim. App. Okla. Certiorari denied.

No. 1597, Misc. GREAR v. CARDWELL, WARDEN. C. A. 6th Cir. Certiorari denied.